# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID JOHN PATTY and SHEILA RENEE KIRCHNER,**<br><br>Plaintiffs,<br><br>v.<br><br>**FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive**,<br><br>Defendants. | Case No.: 2:16-cv-01332-MCE-CKD<br><br>**NOTICE OF ACCEPTANCE WITH OFFER OF JUDGMENT**<br><br>Honorable Morrison C. England, Jr. |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

WHEREAS, Plaintiffs David John Patty and Sheila Renee Kirchner filed their Complaint on May 19, 2016, and Defendant FCA US LLC, through their counsel, allows entry of judgment to be taken against it;

WHEREAS, Defendant FCA US LLC served their Amended Offer of Judgment Pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Offer of Judgment") on Plaintiffs' counsel on May 4, 2018;

WHEREAS, Plaintiffs David John Patty and Sheila Renee Kirchner have accepted Defendant FCA US LLC's Offer of Judgment on May 16, 2018, a true and correct copy of which is attached as Exhibit A to the Notice of Acceptance with Offer of Judgment at ECF No. 30.

NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that:

1. Plaintiffs David John Patty and Sheila Renee Kirchner shall recover the sum of $99,000.00 as the total amount to be paid by Defendant FCA US LLC on account of any liability claimed in this action, plus a sum of equal to the aggregate amount of costs and expenses, including attorney's fees based on actual time reasonably incurred in connection with the commencement and prosecution of this action pursuant to Civil Code Section 1794(d), to be determined by the Court if the parties cannot agree;

2. Not later than thirty (30) days following the date this Order is electronically filed, Plaintiffs are directed to file any motion for attorneys' fees and costs.

3. In the meantime, the Clerk of the Court is directed to enter judgment in favor of Plaintiffs.

IT IS SO ORDERED.

Dated: June 5, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE