**KNIGHT LAW GROUP LLP**
Steve Mikhov (SBN 224676)
stevemusfc@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorneys for Plaintiff,
**DAVID JOHN PATTY and**
**SHEILA RENEE KIRCHNER**

**NIXON PEABODY LLP**
Jennifer A. Kuenster, State Bar No. 104607
jkuenster@nixonpeabody.com
Leon V. Roubinian, State Bar No. 226893
lroubinian@nixonpeabody.com
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
Telephone: (415) 984-8268

**NIXON PEABODY LLP**
Jeanette C. Suarez, State Bar No. 255141
jsuarez@nixonpeabody.com
Kristi J. Livedalen, State Bar No. 155207
klivedalen@nixonpeabody.com
300 South Grand Avenue, Ste. 4100
Los Angeles, CA 90071
Telephone: (213) 629-6000

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID JOHN PATTY and SHEILA RENEE KIRCHNER**<br><br>       Plaintiffs,<br>v.<br>**FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,**<br><br>       Defendant. | CASE NO : 2:16-cv-01332-MCE-CKD<br><br>**ORDER GRANTING JOINT STIPULLATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Honorable Judge Morrison C. England Jr., |

-1-
ORDER GRANTING JOINT STIPULLATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**ORDER**

The stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:  July 17, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE